STATE OF NEW JERSEY, RESPONDENT, v. HARRY HAGGERTY, PETITIONER.

STATE OF NEW JERSEY, RESPONDENT, v. JACK BERENATO, PETITIONER.

Argued January 21, 1948—Decided March 31, 1948.

Before Justices DONGES and COLIE.

For the respondent, *Warren Dixon, Jr.,* Deputy Attorney-General.

For the petitioner Harry Haggerty, *John Rauffenbart* (*Harry R. Coulomb,* of counsel).

For the petitioner Jack Berenato, *Edward I. Feinberg* (*Harry R. Coulomb,* of counsel).

PER CURIAM.

Petitioners were indicted by the Atlantic County grand jury for an alleged violation of the statute against gambling. They now apply for *certiorari* to remove the indictments into the Supreme Court in order to move to quash.

By stipulation it appears that subsequent to the present application, the petitioners entered a plea of guilty and sentence was imposed thereon, by reason of which the questions sought to be raised on the writs of *certiorari* have become academic so far as the petitioners are concerned and consequently the applications are denied, with costs.